UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 12-1736 AG (RNBx) | Date | November 19, 2012 |
|---|---|---|---|
| Title | LE DAWN P. LYLES v. FORD MOTOR CREDIT CO., et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

**Proceedings:**     [IN CHAMBERS] ORDER TO SHOW CAUSE RE SANCTIONS

The parties in this case failed to appear at a Scheduling Conference on November 19, 2012, at 9:00 a.m. The parties are therefore ORDERED to show cause on December 3, 2012 at 10:00 a.m. why sanctions, including dismissal, should not be imposed for failure to appear, failure to follow Court orders, and failure to prosecute.

                                                                                           :   0

Initials of Preparer     lmb