MARK JOSEPH KENNEY (State Bar No. 87345)
mjk@severson.com
AUSTIN B. KENNEY (State Bar No. 242277)
abk@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

SCOTT J. HYMAN (State Bar No. 148709)
sjh@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Defendants FORD MOTOR
CREDIT COMPANY, LLC;
MACDOWELL & ASSOCIATES, LTD.;
TODD A. MACDOWELL; and
DAVID T. CHEN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — SOUTHERN DIVISION

| | |
|---|---|
| LE DAWN P. LYLES,<br><br>        Plaintiff,<br><br>        vs.<br><br>FORD MOTOR CREDIT COMPANY, LLC; MACDOWELL & ASSOCIATES, LTD., a Georgia corporation; TODD A. MACDOWELL, individually and in his official capacity; and DAVID T. CHEN, individually and in his official capacity,<br><br>        Defendants. | Case No. 8:12-cv-1736-AG (RNB)<br><br>**JUDGMENT**<br><br>Judge: The Hon. Andrew J. Guilford<br>Ctrm.: 10D |

1 **<u>JUDGMENT</u>**

2 Having granted the Motion to Dismiss of defendants FORD MOTOR
3 CREDIT COMPANY LLC, MACDOWELL & ASSOCIATES LTD., TODD A.
4 MACDOWELL and DAVID T. CHEN without leave to amend, pursuant to its
5 Order on March 11, 2013,

6 IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

7 1. Judgment is entered in favor of all Defendants and against Plaintiff
8 LE DAWN P. LYLES.

9 2. Plaintiff shall recover nothing in this Action.

10 IT IS SO ORDERED.

11

12 DATED:  March 18, 2013

13

14 _____
15 Hon. Andrew J. Guilford
United States District Court Judge

16